# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | Criminal Case No. 22-cr-00255-LKG |
| v. ) | |
| ) | Dated: May 2, 2024 |
| ADRIAN TYRELL THOMPSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## SCHEDULING ORDER

On May 26, 2023, Defendant, Adrian Tyrell Thompson, filed a motion to dismiss the indictment and a motion to suppress in the above-captioned criminal matter. ECF Nos. 27, 28. On May 2, 2024, the parties submitted a joint status report, stating that: (1) Defendant intends to pursue the pretrial motions that remain pending before the Court; (2) Defendant wishes to file additional pretrial motions; and (3) proposing a schedule for the briefing of Defendant's pretrial motions. ECF No. 39.

In light of the foregoing, the Court **DIRECTS** the parties to adhere to the following schedule for the briefing of Defendant Adrian Tyrell Thompson's pretrial motions:

| | |
|---|---|
| Defendant's additional pretrial motions due. | **July 1, 2024** |
| Responses in opposition to Defendant's pretrial motions. | **August 1, 2024** |
| Defendant's reply. | **August 30, 2024** |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge